| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Daniel, Wiley Y. | 2. Court or Organization<br><br>U.S. District Court, Colorado | 3. Date of Report<br><br>04/28/2012 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>United States District Court<br>901 19th Street, A1038<br>Denver, Colorado 80294 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Director | Roundup River Ranch |
| 2. Immediate Past President and Member of Board | Federal Judges Association |
| 3. Director | Center for Legal Inclusiveness, formerly Colorado Campaign for Inclusive Excellence |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Daniel, Wiley Y. | 04/28/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | University of Colorado School of Law for Teaching | $14,400.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Law Education Institute & Colorado Bar Association | 1/5 to 1/9 2011 | Vail, CO | Speaker at CLE Program | Lodging & Food |
| 2. | Federal Judges Association | 4/11 to 4/14 2011 | Washington, D.C. | FJA Annual Board Meeting | Transportation, Food & Lodging |
| 3. | Federal Judges Association | 5/26 to 5/27 2011 | Washington, D.C. | FJA Meeting | Transportation, Food & Lodging |
| 4. | American Bar Association | 11/2 to 11/4 2011 | Seattle, WA | Speaker at Labor and Employment Law Conference | Transportation, Food & Lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Daniel, Wiley Y. | 04/28/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Mortgage on real property in Frisco, CO | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Daniel, Wiley Y. | 04/28/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Frisco, CO real property | D | Distribution | K | W | | | | | |
| 2. Denver, CO real property | D | Distribution | M | W | | | | | |
| 3. Charles Schwab IRA Mutual Fund Holdings: (Listed Below) | | | | | | | | | |
| 4. Oakmark Select | A | Dividend | J | T | Sold (part) | 04/12/11 | J | A | N/A |
| 5. Turner Midcap Growth | | None | J | T | Sold (part) | 03/10/11 | J | A | N/A |
| 6. Harbor Capital Appreciation | | None | J | T | Sold (part) | 03/10/11 | J | B | N/A |
| 7. Artisan International | A | Dividend | J | T | Sold (part) | 03/10/11 | J | A | N/A |
| 8. Oakmark International | A | Dividend | J | T | Sold (part) | 04/12/11 | J | A | N/A |
| 9. Oppenheimer Developing Markets | A | Dividend | J | T | Sold (part) | 01/06/11 | J | A | N/A |
| 10. Loomis Sayles Bond | B | Dividend | K | T | Sold (part) | 05/17/11 | J | B | N/A |
| 11. Select American Shares | A | Dividend | J | T | | | | | |
| 12. Wasatch Small Cap Growth | | None | J | T | Sold (part) | 04/12/11 | J | B | N/A |
| 13. Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 14. Berkshire Hathaway | | None | K | T | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Pursuant to a letter from the Committee on Financial Disclosure dated June 11, 2012, I have filed an Amended Report. I deleted the reference to a second "Schwab Money Market Fund" in Part VII, page 4, line 16. This is a duplicate of the fund set forth in line 13. It was included in line 16 in error. Thank you, Wiley Daniel

| Name of Person Reporting | Date of Report |
|---|---|
| Daniel, Wiley Y. | 04/28/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Wiley Y. Daniel

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544